

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00216-CV

**2008 LEXUS GX470**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2021W0676
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

Appellant's brief was originally due on May 26, 2022. On June 9, 2022, appellant filed a brief, and on July 5, 2022, we struck the brief and ordered appellant to file an amended brief by July 27, 2022. On July 8, 2022, appellant filed a motion requesting a thirty day extension of time to file the brief. Appellant's motion is GRANTED IN PART. Appellant's brief is due on or before **August 8, 2022.** No further extensions of time will be allowed absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court